# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# MISC. NO. 3:11-mc-37

| | |
|---|---|
| IN RE: )<br>)<br>)<br>EXTENSION OF JURY SUMMONS FOR )<br>MARCH 2011 CIVIL TRIAL TERM )<br>BEFORE THE HONORABLE FRANK D. )<br>WHITNEY )<br>) | ORDER |

Pursuant to this Court's inherent authority to manage the scheduling of trial and control the disposition of its cases and the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that the term contained in the Jury Summons for Jury Pool Number 301110302, issued March 8, 2011, shall be EXTENDED through April 30, 2011. All jurors selected for service on March 21, 2011, shall remain under Summons for that period. Those members of Jury Pool Number 301110302 not selected for service on March 21, 2011, are exempt from this Order.

IT IS SO ORDERED.

Signed: March 24, 2011

Frank D. Whitney
United States District Judge